**DISMISS and Opinion Filed June 21, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00522-CV**

**JOSE COJAB SACAL, Appellant**
**V.**
**TEXAS FIRST CAPITAL, INC., Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-24-0002**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Kennedy

Before the Court is appellant's motion to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

240522F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOSE COJAB SACAL, Appellant

No. 05-24-00522-CV      V.

TEXAS FIRST CAPITAL, INC.,
Appellee

On Appeal from the 439th Judicial
District Court, Rockwall County,
Texas
Trial Court Cause No. 1-24-0002.
Opinion delivered by Justice
Kennedy. Justices Molberg and
Nowell participating.

       In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

       It is **ORDERED** that appellee TEXAS FIRST CAPITAL, INC. recover its
costs of this appeal from appellant JOSE COJAB SACAL.


Judgment entered June 21, 2024